# Court of Appeals
# of the State of Georgia

ATLANTA,  March 13, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1229.  GWENDOLYN MCINTYRE v. BAKER COUNTY BOARD OF EDUCATION.**

Gwendolyn McIntyre filed this direct appeal seeking review of the superior court's order affirming a decision of the State Board of Education.  An appeal from a decision of the superior court reviewing a decision of a lower tribunal, however, must be taken by application for discretionary appeal.  OCGA § 5-6-35 (a) (1); see also *Hogan v. Taylor County Bd. of Ed.*, 157 Ga. App. 680 (278 SE2d 106) (1981). Because McIntyre failed to follow the discretionary appeal procedure as required, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/13/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*